UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRICK JARRED ADAMS,
    Plaintiff,

vs.                                    Case No.: 3:25-cv-1316/MCR/ZCB

DAMEKA L. DAVIS,
    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on September 25, 2025. ECF No. 13. The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

1

3. The Clerk of Court is directed to close the case and terminate all pending motions.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**